United States District Court
For the Northern District of California

1          *E-Filed: May 6, 2015*

2

3

4

5

6                        NOT FOR CITATION

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10   CECIL SHAW,                         No. C14-04001 HRL

11              Plaintiff,          **ORDER CONTINUING SHOW
         v.                         CAUSE HEARING TO JUNE 9, 2015**

12   BAU HUEY CHU,

13              Defendant.
                                   /
14

15         A Show Cause hearing is set for May 12, 2015.  The parties filed a Joint Statement in

16   Response to Order to Show Cause Re: Settlement on May 5, 2015.  For good cause shown, the

17   Show Cause hearing is continued to **June 9, 2015, at 10:00 a.m.**  The parties shall file a Joint

18   Statement in response to the Order to Show Cause no later than **June 2, 2015**.  The joint statement

19   shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much

20   additional time, if any, is needed to finalize the settlement and file a dismissal.  If, however, a

21   dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and

22   no statement will be required.

23         **IT IS SO ORDERED**.

24   Dated: May 6, 2015

25

26   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C14-04001 HRL Order will be electronically mailed to:**

Amy Richelle Carlson      acarlson@ERALawyers.com

Richard Dean Schramm      rschramm@workplaceattys.com

Tanya Eugene Moore      tanya@moorelawfirm.com, david@moorelawfirm.com,
elise@moorelawfirm.com, isaac@moorelawfirm.com, marejka@moorelawfirm.com,
whitney@moorelawfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.**